**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA
v.

WILLIE E. LEWIS, JR.

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:07mj37/MD

waived
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) One, Two and Three of the Information

| **Title & Section** | **Nature of Offense** | **Date Concluded** | **Count Number(s)** |
|---|---|---|---|
| 18 U.S.C. §§ 7 & 13 and FSS 322.34(1) | Driving with suspended license without knowledge | 11/27/06 | One |
| 32 CFR §210 and FSS 320.07(3)(b) | Operate motor vehicle with an expired registration | 11/27/06 | Two |
| 32 CFR §210 and FSS 316.183 | Speeding | 11/27/06 | Three |

Violation #N1545122 is dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fines/SMA's shall be paid no later than March 21, 2007.

| **Assessment** | **Fine** | **Restitution** |
|---|---|---|
| $ 15.00 | $ 285.00 | $ 0.00 |

Date of Imposition of Sentence - 1/17/07

*Miles Davis* (signature)

Miles Davis
UNITED STATES MAGISTRATE JUDGE

OFFICE OF CLERK

07 JAN 22 PM 4:30

Date: 1-22-2007

FILED